UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RD ROD, LLC, *et al*.          ) | |
|           ) | |
|     Plaintiffs,        ) | |
|           ) | CIVIL ACTION NO. |
| vs.          ) | 3:13-cv-00024-JCH |
|           ) | |
| MONTANA CLASSIC CARS, LLC,  ) | |
|           ) | |
|     Defendant.        ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs RD Rod, LLC and Ronald D. Rod, and Defendant Montana Classic Cars, LLC

hereby stipulate to the dismissal of this case with prejudice by reason of a settlement agreement

reached between the parties with each party to bear its own costs and attorney fees.

Respectfully submitted:

/s/Ryan A. Ray
(*signed with permission of filing attorney*)
David W. Case (ct25895)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
One State Street, 14th Floor
Hartford, CT 06103-3102
(860) 522-5175
(860) 522-2796 (facsimile)
dcase@mdmc-law.com

- and –

Ryan A. Ray (phv05917)
Norman Wohlgemuth Chandler & Jeter
401 S. Boston Ave., 2900 Mid-Continent Tower
Tulsa, OK 74105
(918) 583-7571
(918) 584-7846
rar@nwcjlaw.com

ATTORNEYS FOR PLAINTIFFS

1

/s/Christopher B. Woods

Stuart A. Margolis (Bar No. ct08803)
BERDON, YOUNG & MARGOLIS, PC
132 Temple Street
New Haven, CT 06510
(203) 772-3740
(203) 492-4444 (facsimile)
stuart.margolis@bymlaw.com

- and -

Christopher B. Woods (Bar No. phv 05884)
CROWE & DUNLEVY, P.C.
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 (Facsimile)
christopher.woods@crowedunlevy.com

ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

I, Christopher B. Woods, hereby certify that on February 27th, 2013, a true and correct copy of the above was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David W. Case
Ryan A. Ray

/s/Christopher B. Woods