UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RD ROD, LLC, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 3:13-cv-00024-JCH |
| ) | |
| MONTANA CLASSIC CARS, LLC, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

The Court has considered the parties' request for dismissal [Dkt #57] of the above-entitled and numbered cause by reason of the settlement agreement of the parties. The Court is of the opinion that the parties' request should be granted and accordingly, IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that:

(1) This case is hereby dismissed with prejudice to the refiling of same in any form; and

(2) all taxable costs and attorneys' fees are to be borne by the party incurring same.

**IT IS ORDERED** this 28th day of February, 2013.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge